**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45678-ERW |
| | § | |
| EDWIN S NUNEZ | § | |
| CHRISTINE NUNEZ | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 A.M. on 07/11/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2012           By: /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45678-ERW |
| | § | |
| EDWIN S NUNEZ | § | |
| CHRISTINE NUNEZ | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $9,455.58 |
| *and approved disbursements of* | $1,087.03 |
| *leaving a balance on hand of[1]:* | $8,368.55 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,368.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,598.91 | $0.00 | $1,598.91 |
| David P. Leibowitz, Trustee Expenses | $14.18 | $0.00 | $14.18 |
| Lakelaw, Attorney for Trustee Fees | $1,227.50 | $0.00 | $1,227.50 |
| Lakelaw, Attorney for Trustee Expenses | $23.14 | $0.00 | $23.14 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,863.73 |
| Remaining balance: | $5,504.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,504.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,504.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,907.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $2,488.02 | $0.00 | $572.86 |
| 2 | Chase Bank USA, N.A. | $5,503.14 | $0.00 | $1,267.10 |
| 3 | Capital One Bank (USA), N.A. | $4,280.06 | $0.00 | $985.49 |
| 4 | Capital One Bank (USA), N.A. | $1,019.66 | $0.00 | $234.78 |
| 5 | Capital One Bank (USA), N.A. | $6,647.38 | $0.00 | $1,530.56 |
| 6 | sallie mae | $3,969.70 | $0.00 | $914.03 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $5,504.82 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Edwin S Nunez  
Christine Nunez  
    Debtors

Case No. 10-45678-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 3     Date Rcvd: Jun 12, 2012  
                     Form ID: pdf006    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2012.

```
db          +Edwin S Nunez,    3841 Birchwood.,   Skokie, IL 60076-3905
jdb        #+Christine Nunez,   3059 N. Osceola,   Chicago, IL 60707-1207
16265953    +Advocate Lutheran General,    1775 Dempster Street,    Park Ridge, IL 60068-1143
16265955    +Asset Management Out,    401 Pilot Ct Ste A,    Waukesha, WI 53188-2481
16265957   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:   Chase,    Po Box 1093,    Northridge, CA 91328)
16265959    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16265958    +Chase,    N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
16564760     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16265960     City of Chicago,    Department of Revenue-Water Div,    PO Box 6330,    Chicago, IL 60680-6330
16265962     Golf-Western Surgical Specialists,    8901 Golf Rd.-Ste 305,    Des Plaines, IL 60016-4029
16265963    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16265965     Our Lady of the Resurrection,    PO Box 220284,    Chicago, IL 60622-0284
16265966    +People's Gas,    C/O Bankruptcy Department,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
16265968    +Taylor, Bean & Whitake,    Attn: Bankruptcy,    1417 N Magnolia Ave,    Ocala, FL 34475-9078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16628088     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09     Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
16265956    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16265961    +E-mail/Text: legalcollections@comed.com Jun 13 2012 00:55:45      Com Ed,    PO Box 6111,
              Carol Stream, IL 60197-6111
17150735    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 13 2012 02:36:15
              JP Morgan Chase Bank Department,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
16265964     E-mail/Text: mmrgbk@miramedrg.com Jun 13 2012 01:07:02     Miramed Revenue Group,    PO Box 536,
              Linden, MI 48451-0536
16265967    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 13 2012 02:49:43     Sallie Mae,    Attn: Claims Dept,
              Po Box 9500,    Wilkes Barre, PA 18773-9500
16729331    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 13 2012 02:49:43     sallie mae,    c/o sallie mae inc.,
              220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Lakelaw
16265954     American Home Mtg Svci
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1          User: dross              Page 2 of 3             Date Rcvd: Jun 12, 2012
                              Form ID: pdf006          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 3 of 3              Date Rcvd: Jun 12, 2012
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2012 at the address(es) listed below:
          Ben L Schneider   on behalf of Debtor Edwin Nunez ben@windycitylawgroup.com,
           mstone@windycitylawgroup.com
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen   on behalf of Creditor   JPMorgan Chase Bank, National Association
           ND-Four@il.cslegal.com
                                                                                                                                   TOTAL: 4