**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45678-ERW |
| | § | |
| EDWIN S NUNEZ | § | |
| CHRISTINE NUNEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $382,700.00 | Assets Exempt: | $15,550.00 |
| Total Distributions to Claimants: | $5,504.82 | Claims Discharged Without Payment: | $24,598.82 |
| Total Expenses of Administration: | $2,984.31 | | |

3)      Total gross receipts of $9,455.58  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $966.45 (see **Exhibit 2),** yielded net receipts of $8,489.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $768,462.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,984.31 | $2,984.31 | $2,984.31 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,975.68 | $23,907.96 | $23,907.96 | $5,504.82 |
| **Total Disbursements** | $797,437.68 | $26,892.27 | $26,892.27 | $8,489.13 |

4). This case was originally filed under chapter 7 on 10/12/2010. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2012          By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Section 17, Lot 33 Greenbriar Sublette, IL 61367 | 1129-000 | $5,100.00 |
| 2010 Federal Tax Refund | 1224-000 | $4,355.00 |
| Interest Earned | 1270-000 | $0.58 |
| **TOTAL GROSS RECEIPTS** | | $9,455.58 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Edwin & Christine Nunez | Exemptions | 8100-002 | $966.45 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $966.45 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci | 4110-000 | $240,504.00 | NA | $0.00 | $0.00 |
| | Asset Management Out | 4110-000 | $104,588.00 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $340,064.00 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $83,306.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $768,462.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,598.91 | $1,598.91 | $1,598.91 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.18 | $14.18 | $14.18 |
| Green Bank | 2600-000 | NA | $120.58 | $120.58 | $120.58 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,227.50 | $1,227.50 | $1,227.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $23.14 | $23.14 | $23.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $2,984.31 | $2,984.31 | $2,984.31 |

UST Form 101-7-TDR (5/1/2011)

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $2,471.00 | $2,488.02 | $2,488.02 | $572.86 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $5,503.00 | $5,503.14 | $5,503.14 | $1,267.10 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $3,907.00 | $4,280.06 | $4,280.06 | $985.49 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $741.00 | $1,019.66 | $1,019.66 | $234.78 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $6,198.00 | $6,647.38 | $6,647.38 | $1,530.56 |
| 6 | sallie mae | 7100-000 | $3,960.00 | $3,969.70 | $3,969.70 | $914.03 |
| | Advocate Lutheran General | 7100-000 | $148.69 | NA | NA | $0.00 |
| | Capital One, N.a. | 7100-000 | $5.00 | NA | NA | $0.00 |
| | City of Chicago | 7100-000 | $193.53 | NA | NA | $0.00 |
| | City of Chicago | 7100-000 | $270.84 | NA | NA | $0.00 |
| | Com Ed | 7100-000 | $834.12 | NA | NA | $0.00 |
| | Golf-Western Surgical Specialists | 7100-000 | $110.50 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $939.00 | NA | NA | $0.00 |
| | Miramed Revenue Group | 7100-000 | $3,319.25 | NA | NA | $0.00 |
| | Our Lady of the Resurrection | 7100-000 | $147.00 | NA | NA | $0.00 |
| | People's Gas | 7100-000 | $68.57 | NA | NA | $0.00 |
| | People's Gas | 7100-000 | $159.18 | NA | NA | $0.00 |
| | Taylor, Bean & Whitake | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,975.68 | $23,907.96 | $23,907.96 | $5,504.82 |

UST Form 101-7-TDR (5/1/2011)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-45678-ERW | |
| **Case Name:** | NUNEZ, EDWIN S AND NUNEZ, CHRISTINE | |
| **For the Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/12/2010 (f) |
| **§341(a) Meeting Date:** | 11/22/2010 |
| **Claims Bar Date:** | 03/09/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Location: 3059 N. Osceola, Chicago IL 60707 | $188,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | 3554 N. Normandy Chicago, IL 60634 | $187,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Section 17, Lot 33 Greenbriar Sublette, IL 61367 | $15,000.00 | $0.00 | DA | $5,100.00 | FA |
| 4 | Bank of America Checking | $100.00 | $100.00 | DA | $0.00 | FA |
| 5 | Chase Checking | $0.00 | $0.00 | DA | $0.00 | FA |
| 6 | Chase Savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | Chase Savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | Bank of America | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | Bank of America Savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 10 | Bank of America Savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 11 | Chase Savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 12 | Furniture | $600.00 | $600.00 | DA | $0.00 | FA |
| 13 | Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 14 | Primerica IRA | $150.00 | $0.00 | DA | $0.00 | FA |
| 15 | Primerica IRA | $600.00 | $600.00 | DA | $0.00 | FA |
| 16 | 2006 Chevy Express: 41700 miles | $6,300.00 | $0.00 | DA | $0.00 | FA |
| 17 | 2010 Federal Tax Refund **(u)** | $0.00 | $4,355.00 | DA | $4,355.00 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | DA | $0.58 | Unknown |

|  |  |  | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | |
| | $398,250.00 | $5,655.00 | $9,455.58 | $0.00 |

**Major Activities affecting case closing:**

Debtor to pay estate for equity in vehicle and interest in Lot.

Debtor to pay estate for equity in vehicle and lot

Motion to sell equity on property to be done - then TFR.

Motion to sell equity on property to be filed - Debtors paying for equity on property.

TFR to be completed first quarter of 2012.

Motion to sell equity on property filed today 2/28/2012,

TFR filed per UST approval.

Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-45678-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | NUNEZ, EDWIN S AND NUNEZ, CHRISTINE | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******2206 | **Checking Acct #:** ******7801 |
| **Co-Debtor Taxpayer ID #:** | ******2207 | **Account Title:** DDA |
| **For Period Beginning:** | 10/12/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $7,639.13 | | $7,639.13 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.39 | $7,636.74 |
| 07/28/2011 | (3) | Christine Nunez | Payment on equity Re real property | 1129-000 | $850.00 | | $8,486.74 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $10.73 | $8,476.01 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.67 | $8,462.34 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $14.09 | $8,448.25 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.75 | $8,435.50 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.17 | $8,422.33 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.59 | $8,408.74 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.56 | $8,395.18 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.67 | $8,382.51 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.96 | $8,368.55 |
| 07/12/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.18 | $8,354.37 |
| 07/12/2012 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 1,227.50; Amount Allowed: 1,227.50; Distribution Dividend: 100.00; | 3110-000 | | $1,227.50 | $7,126.87 |
| 07/12/2012 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 23.14; Amount Allowed: 23.14; Distribution Dividend: 100.00; | 3120-000 | | $23.14 | $7,103.73 |
| 07/12/2012 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,598.91 | $5,504.82 |
| 07/12/2012 | 5005 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 2,488.02; Amount Allowed: 2,488.02; Distribution Dividend: 23.03; | 7100-900 | | $572.86 | $4,931.96 |
| 07/12/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 5,503.14; Amount Allowed: 5,503.14; Distribution Dividend: 23.03; | 7100-900 | | $1,267.10 | $3,664.86 |
| 07/12/2012 | 5007 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 4,280.06; Amount Allowed: 4,280.06; Distribution Dividend: 23.03; | 7100-900 | | $985.49 | $2,679.37 |
| 07/12/2012 | 5008 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 1,019.66; Amount Allowed: 1,019.66; Distribution Dividend: 23.03; | 7100-900 | | $234.78 | $2,444.59 |
| 07/12/2012 | 5009 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 6,647.38; Amount Allowed: 6,647.38; Distribution Dividend: 23.03; | 7100-900 | | $1,530.56 | $914.03 |
| 07/12/2012 | 5010 | sallie mae | Claim #: 6; Amount Claimed: 3,969.70; Amount Allowed: 3,969.70; Distribution Dividend: 23.03; | 7100-000 | | $914.03 | $0.00 |

| | | | | **SUBTOTALS** | $8,489.13 | $8,489.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-45678-ERW | |
| **Case Name:** | NUNEZ, EDWIN S AND NUNEZ, CHRISTINE | |
| **Primary Taxpayer ID #:** | ******2206 | |
| **Co-Debtor Taxpayer ID #:** | ******2207 | |
| **For Period Beginning:** | 10/12/2010 | |
| **For Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7801 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | **TOTALS:** | | | $8,489.13 | $8,489.13 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $7,639.13 | $0.00 | |
| | | **Subtotal** | | | $850.00 | $8,489.13 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $850.00 | $8,489.13 | |

**For the period of  10/12/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $850.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $850.00 |
| Total Internal/Transfer Receipts: | $7,639.13 |
| | |
| Total Compensable Disbursements: | $8,489.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,489.13 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $850.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $850.00 |
| Total Internal/Transfer Receipts: | $7,639.13 |
| | |
| Total Compensable Disbursements: | $8,489.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,489.13 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Case 10-45678   Doc 53   Filed 08/14/12   Entered 08/14/12 09:26:10   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 8 of 9

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 10-45678-ERW | | | Trustee Name: | David Leibowitz | |
| Case Name: | NUNEZ, EDWIN S AND NUNEZ, CHRISTINE | | | Bank Name: | Sterling Bank | |
| Primary Taxpayer ID #: | ******2206 | | | Money Market Acct #: | ******5678 | |
| Co-Debtor Taxpayer ID #: | ******2207 | | | Account Title: | | |
| For Period Beginning: | 10/12/2010 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 8/13/2012 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 02/25/2011 | (3) | Christine Nunez & Edwin Nunez | 1st payment | 1129-000 | $850.00 | | $850.00 |
| 03/30/2011 | (3) | Christine Nunez Edwin Nunez | Payment on equity Re real property | 1110-000 | $850.00 | | $1,700.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.04 | | $1,700.04 |
| 04/25/2011 | (3) | Christine & Edwin Nunez | Payment on equity Re real property | 1129-000 | $850.00 | | $2,550.04 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.07 | | $2,550.11 |
| 05/16/2011 | (17) | United States Treasury | Tax Refund | 1224-000 | $4,355.00 | | $6,905.11 |
| 05/23/2011 | 1001 | Edwin & Christine Nunez | Entitled portion of tax refund check. | 8100-002 | | $966.45 | $5,938.66 |
| 05/25/2011 | (3) | Christine Nunez & Edwin Nunez | Payment on equity Re real property | 1129-000 | $850.00 | | $6,788.66 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.20 | | $6,788.86 |
| 06/22/2011 | (3) | Christine Nunez/Edwin Nunez | Payment on equity Re real property | 1129-000 | $850.00 | | $7,638.86 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.27 | | $7,639.13 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,639.13 | $0.00 |

|  | | | | |
|---|---|---|---|---|
| **TOTALS:** | | $8,605.58 | $8,605.58 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $7,639.13 | |
| **Subtotal** | | $8,605.58 | $966.45 | |
| **Less: Payments to debtors** | | $0.00 | $966.45 | |
| **Net** | | $8,605.58 | $0.00 | |

| For the period of **10/12/2010** to **8/13/2012** | | For the entire history of the account between **02/25/2011** to **8/13/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,605.58 | Total Compensable Receipts: | $8,605.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,605.58 | Total Comp/Non Comp Receipts: | $8,605.58 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $966.45 | Total Non-Compensable Disbursements: | $966.45 |
| Total Comp/Non Comp Disbursements: | $966.45 | Total Comp/Non Comp Disbursements: | $966.45 |
| Total Internal/Transfer Disbursements: | $7,639.13 | Total Internal/Transfer Disbursements: | $7,639.13 |

**FORM 2**

Case 10-45678   Doc 53   Filed 08/14/12   Entered 08/14/12 09:26:10   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 9 of 9

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-45678-ERW | |
| **Case Name:** | NUNEZ, EDWIN S AND NUNEZ, CHRISTINE | |
| **Primary Taxpayer ID #:** | ******2206 | |
| **Co-Debtor Taxpayer ID #:** | ******2207 | |
| **For Period Beginning:** | 10/12/2010 | |
| **For Period Ending:** | 8/13/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5678 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $9,455.58 | $9,455.58 | $0.00 |

**For the period of 10/12/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $9,455.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,455.58 |
| Total Internal/Transfer Receipts: | $7,639.13 |
| | |
| Total Compensable Disbursements: | $8,489.13 |
| Total Non-Compensable Disbursements: | $966.45 |
| Total Comp/Non Comp Disbursements: | $9,455.58 |
| Total Internal/Transfer Disbursements: | $7,639.13 |

**For the entire history of the case between 10/12/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $9,455.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,455.58 |
| Total Internal/Transfer Receipts: | $7,639.13 |
| | |
| Total Compensable Disbursements: | $8,489.13 |
| Total Non-Compensable Disbursements: | $966.45 |
| Total Comp/Non Comp Disbursements: | $9,455.58 |
| Total Internal/Transfer Disbursements: | $7,639.13 |